NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Leemore Kushner (SBN 221969)
KUSHNER LAW GROUP
801 N. Citrus Avenue
Los Angeles, CA 90038
Tel: (323) 515-7894
Fax: (323) 544-8170

ATTORNEYS FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC

Plaintiff(s),

v.

JOHN DOES 1-10

Defendant(s)

CASE NUMBER:

CV12-04649 MMM (SSx)

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Malibu Media, LLC
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Malibu Media, LLC | Plaintiff |
| John Does 1-10 | Defendants |

May 23, 2012
Date

/s/ Leemore Kushner
Sign

Attorney of record for or party appearing in pro per